15 A D 2d 438.) (Appeal by plaintiff from certain parts of an order of Onondaga Special Term granting the motion of defendant Laure to dismiss plaintiff's complaint.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

ANGELO AMIE, Respondent, v. HELEN LAURE, Individually and Doing Business as JAMES LAURE BUILDING SUPPLIES, Appellant, et al., Defendant.— Order insofar as appealed from unanimously affirmed, without costs of this appeal to either party. (Appeal by defendant, Laure, from certain parts of an order of Onondaga Special Term denying the motion of said defendant to dismiss plaintiff's complaint.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

LULU M. MARLOW, as Administratrix of the Estate of BILLY D. MARLOW, Deceased, Appellant, v. SYRACUSE UNIVERSITY, Respondent. DONNA M. MERFELD, as Administratrix of the Estate of THOMAS P. MERFELD, Deceased, Appellant, v. SYRACUSE UNIVERSITY, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Onondaga Trial Term denying plaintiffs' motion for a preference and denying without prejudice motion by plaintiff Marlow that she identify herself at the trial by the name of Lulu Mae Marlow and defendant not communicate to jury the fact of her remarriage.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of the Accounting of MILDRED B. DONNELLY et al., as Executors of FRANK E. DONNELLY, Deceased, Executor of MARJORIE K. CARLSON, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE JAMES ROBINSON, Appellant.— Motion to resettle order entered February 22, 1962 denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST JACKSON, Appellant.— Motion to resettle order entered February 22, 1962 denied. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

(A) In the Matter of ANTHONY J. BIANCHI, Doing Business as SHOWBOAT, Petitioner, v. THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondent. (B) In the Matter of ELIZABETH MASTRANTONIO, as Executrix of JAMES J. MASTRANTONIO, Deceased, Appellant, v. GRANT F. DANIELS et al., Constituting the State Liquor Authority, Respondent. (C) SAMUEL WALLINS, Claimant, v. STATE OF NEW YORK, Defendant.— [In each action] Appeal dismissed, without costs, upon stipulation.

(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY J. FRANCIOTTI v. ROBERT E. MURPHY, as Warden of Auburn Prison. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FLOYD EDWARD MATSON v. WALTER H. WILKINS, as Warden of Attica Prison. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER SULLIVAN v. ROBERT E. MURPHY, as Warden of Auburn Prison. (Reargument.) (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SUMPTER v. ROBERT E. MURPHY, as Warden of Auburn Prison. (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL TODZIA v. ROBERT E. MURPHY, as Warden of Auburn Prison.— [In each case] Motion to prosecute appeal as poor person, and for other relief, denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB WISSENFELD, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Application granted and appeal from order of Wyoming County Court entered April 21, 1961 dismissed. Motion granted to prosecute appeal from order of